■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD PEASE, Appellant. [786 NYS2d 355]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (West, J.), rendered December 2, 1997, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the jury should not have believed the police officers who testified for the prosecution because their testimony was inherently incredible, and because the officers improperly targeted him. However, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see People v Gaimari,* 176 NY 84, 94 [1903]). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86, 88 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Santucci, J.P., Luciano, Schmidt and Adams, JJ., concur.